1  DENNIS S. WAKS, Bar #142581
   Acting Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JULIO RAMOS-ALEMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   NO. 1:05-Cr-00145 AWI
                                   )
12              Plaintiff,         )   STIPULATION CONTINUING STATUS
                                   )   CONFERENCE HEARING AND ORDER
13       v.                        )   THEREON
                                   )
14 JULIO RAMOS-ALEMAN,             )   Date:  February 6, 2006
                                   )   Time:  9:00 A.M.
15              Defendant.         )   Judge: Hon. Anthony W. Ishii
                                   )
16 _____ )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19 counsel that **the status conference hearing in the above-entitled matter now set for January 30, 2006,**

20 **may be continued to February 6, 2005, at 9:00 A.M.**

21       This stipulation is requested by counsel for defendant to complete negotiation and preparation of a

22 plea agreement.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests
2   of justice, including but not limited to, the need for the period of time set forth herein in the interest of
3   justice and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i),
4   and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2006     By:   /s/ Marianne A. Pansa
                                  MARIANNE A. PANSA
                                  Assistant United States Attorney
                                  Attorney for Plaintiff

DENNIS S. WAKS
Acting Federal Public Defender

DATED: January 24, 2006     By:   /s/ Francine Zepeda
                                  FRANCINE ZEPEDA
                                  Assistant Federal Defender
                                  Attorneys for Defendant
                                  JULIO RAMOS-ALEMAN

# O R D E R

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i), and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 26, 2006**        /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE